■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDERICK DOUGLAS GASTON, Appellant. [668 NYS2d 129] —Judgment unanimously reversed on the law and new trial granted. Same Memorandum as in *People v McFadden* (244 AD2d 887 [decided herewith]). (Appeal from Judgment of Monroe County Court, Maloy, J.—Robbery, 1st Degree.) Present—Denman, P. J., Green, Hayes, Balio and Fallon, JJ.